SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
Blaise S. Curet, #124983
bcuret@spcclaw.com
Quyen Thi Le, #271692
qle@spcclaw.com
555 Montgomery Street, Suite 720
San Francisco, California 94111-3910
Tel.: (415) 352-6200; Fax: (415) 352-6224

Attorneys for
Maryland Casualty Company;
Northern Insurance Company of New York;
Steadfast Insurance Company; and
Zurich American Insurance Company, separately and
as successor to Valiant Insurance Company

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| St. Paul Fire and Marine Insurance Company, a Minnesota corporation; St. Paul Mercury Insurance Company, a Minnesota corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>Ace American Insurance, et al.,<br><br>Defendants. | Case No. 2:12-cv-03041-LKK-GGH<br><br>**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>The Hon. Lawrence K. Karlton |

1  IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that MARYLAND CASUALTY COMPANY ("Maryland"), NORTHERN INSURANCE COMPANY OF NEW YORK ("Northern Insurance"), STEADFAST INSURANCE COMPANY ("Steadfast"), and ZURICH AMERICAN INSURANCE COMPANY ("Zurich"), separately, and as successor to VALIANT INSURANCE COMPANY ("Valiant") with respect to the policies at issue in this litigation, have been granted additional time to respond to the complaint of ST. PAUL FIRE AND MARINE INSURANCE COMPANY and ST. PAUL MERCURY INSURANCE COMPANY (collectively "St. Paul").  Maryland, Northern Insurance, Steadfast, Valiant and Zurich's separate responsive pleadings were previously due on or before February 8, 2013.  Pursuant to the stipulation herein, the respective responses for Maryland, Northern Insurance, Steadfast, Valiant and Zurich are now due on March 8, 2013.

This stipulation is made pursuant to United States District Court, Eastern District of California Local Rule 144(a) and Federal Rules of Civil Procedure, Rule 6.  This stipulation will not alter the date of any event or any deadline already fixed by this Court in the action.

Respectfully submitted,

DATED:  February 4, 2013          THE AGUILERA LAW GROUP, APLC

By:     /s/
        A. ERIC AGUILERA
        DANIEL ELI
        ANGELA MARTIN
        Attorneys for Plaintiffs St. Paul Fire and
        Marine Insurance Company and St. Paul
        Mercury Insurance Company

SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
555 MONTGOMERY STREET, SUITE 720
SAN FRANCISCO, CALIFORNIA 94111-3910
TEL (415) 352-6200 • FAX (415) 352-6224

1                                                    2:12-cv-03041-LKK-GGH
STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT

DATED: February 4, 2013                SINNOTT, PUEBLA,
                                        CAMPAGNE & CURET, APLC

By:    /s/
BLAISE S. CURET
QUYEN THI LE
Attorneys for Defendants Maryland Casulaty Company; Northern Insurance Company of New York; Steadfast Insurance Company; Zurich American Insurance Company as successor to Valiant Insurance Company with respect to the policies at issue in the litigation; and Zurich American Insurance Company.

IT IS HEREBY ORDERED THAT:

Defendants Maryland Casualty Company; Northern Insurance Company of New York; Steadfast Insurance Company; Zurich American Insurance Company as successor to Valiant Insurance Company with respect to the policies at issue in the litigation; and Zurich American Insurance Company shall have until March 8, 2013 to respond to Plaintiffs' complaint.

Dated:    February 8, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT