1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation; ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation, et al. | CASE NO: 2:12-cv-03041-LKK-GGH<br><br>(Assigned to Honorable Lawrence K. Karlton)<br><br>**ORDER ON APPLICATION FOR EXTENSION OF TIME FOR NAVIGATORS INSURANCE COMPANY TO RESPOND TO COMPLAINT**<br><br>Complaint Filed: December 18, 2012 |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1

[PROPOSED] ORDER ON APP. FOR EXTENSION OF TIME FOR NAVIGATORS TO RESPOND TO COMPLAINT          Case No. 12-cv-03041

For good cause show, IT IS NOW ORDERED that the time for Defendant Navigators Insurance Company ("Navigators") to respond to the complaint is hereby extended. Navigators' response would now be due on or before February 26, 2013.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: February 8, 2013.

```
                              /s/ Lawrence K. Karlton
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```

Dated: February 6, 2013              THE AGUILERA LAW GROUP

                                     By:   /s/ Angela Martin
                                           Daniel Eli, Esq.
                                           Angela Martin, Esq.
                                           Attorneys for Plaintiff ST. PAUL FIRE &
                                           MARINE INSURANCE COMPANY and
                                           ST. PAUL MERCURY INSURANCE
                                           COMPANY

MGT/NA/14657887v.1