UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation; ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation,<br><br>　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation, et al. | CASE NO: 2:12-cv-03041-LKK-GGH<br><br>(Assigned to Honorable Lawrence K. Karlton)<br><br>**ORDER ON APPLICATION FOR EXTENSION OF TIME FOR SCOTTSDALE INSURANCE COMPANY TO RESPOND TO COMPLAINT**<br><br>Complaint Filed: December 18, 2012 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

For good cause show, IT IS NOW ORDERED that the time for Defendant Scottsdale Insurance Company ("Scottsdale") to respond to the complaint is extended. Scottsdale's response would now be due on or before February 28, 2013.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  February 8, 2013.

                                   _____
                                   LAWRENCE K. KARLTON
                                   SENIOR JUDGE
                                   UNITED STATES DISTRICT COURT

Dated: February 6, 2013                    THE AGUILERA LAW GROUP

                                   By:  /s/ Angela Martin
                                        Daniel Eli, Esq.
                                        Angela Martin, Esq.
                                        Attorneys for Plaintiff ST. PAUL FIRE &
                                        MARINE INSURANCE COMPANY and
                                        ST. PAUL MERCURY INSURANCE
                                        COMPANY