| | |
|---|---|
| 1 | Martin L. Shives, Esq. (SBN 123631) |
| 2 | Peter B. Lightstone, Esq. (SBN 131783) |
|   | SUMMERS & SHIVES, A.P.C. |
|   | 8525 Gibbs Drive, Suite 115 |
| 3 | San Diego, CA  92123-1758 |
|   | Telephone: (858) 874-1800 |
| 4 | Facsimile:  (858) 874-1888 |
| 5 | Attorneys for Defendant, |
|   | NATIONAL FIRE & MARINE INSURANCE COMPANY |

UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation; ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation | ) ) ) ) ) ) | CASE NO:  2:12-cv-03041-LKK-GGH  **STIPULATION AND ORDER EXTENDING TIME FOR NATIONAL FIRE & MARINE INSURANCE COMPANY TO RESPOND TO PLAINTIFFS' COMPLAINT** |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Judge:  Hon. Lawrence K. Karlton |
| ACE AMERICAN INSURANCE, a Pennsylvania corporation; AIU HOLDINGS, INC., a New York corporation; AMERICAN INSURANCE COMPANY, an Illinois corporation; AMERICAN SAFETY INSURANCE COMPANY, a Georgia corporation; AMERICAN SAFETY INDEMNITY COMPANY, an Oklahoma corporation; ARCH SPECIALTY INSURANCE CO, a Nebraska corporation; ASPEN SPECIALTY INSURANCE COMPANY, a North Dakota Corporation; AXIS SPECIALTY INSURANCE, a Connecticut corporation; BUILDERS & CONTRACTORS, INC. dba PROBUILDERS SPECIALTY INSURANCE, a District of Colombia corporation; CHARTIS SPECIALTY INSURANCE COMPANY, an Illinois corporation; CLAREMONT LIABILITY INSURANCE, a California corporation; CLARENDON AMERICA INSURANCE COMPANY, a New Jersey corporation; EVEREST INDEMNITY INSURANCE | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Courtroom:  4 Complaint Filed:  12/18/12 Trial Date:  Not Yet Set |

| | |
|---|---|
| 1 | COMPANY, a Delaware corporation; FINANCIAL PACIFIC INSURANCE ) |
| 2 | COMPANY, a California corporation; FIREMAN'S FUND INSURANCE ) |
| 3 | COMPANY, a California corporation; FIRST SPECIALTY INSURANCE ) |
| 4 | CORPORATION, a Missouri corporation; GOLDEN EAGLE INSURANCE ) |
| 5 | CORPORATION, a New Hampshire corporation; GREENWHICH ) |
| 6 | INSURANCE COMPANY, a Delaware corporation; IRONSHORE SPECIALTY ) |
| 7 | INSURANCE COMPANY, an Arizona corporation; INTERSTATE FIRE & ) |
| 8 | CASUALTY COMPANY, an Illinois corporation; LEXINGTON INSURANCE ) |
| 9 | COMPANY, a Delaware corporation; LIBERTY MUTUAL, a Massachusetts ) |
| 10 | corporation; MARYLAND CASUALTY COMPANY, a Maryland corporation; ) |
| 11 | NATIONAL FIRE & MARINE INSURANCE COMPANY, a Nebraska ) |
| 12 | corporation; NATIONAL UNION FIRE INSURANCE COMPANY, a ) |
| 13 | Pennsylvania corporation; NAVIGATORS INSURANCE COMPANY, a New York ) |
| 14 | corporation; NEW HAMPSHIRE INSURANCE COMPANY, a ) |
| 15 | Pennsylvania corporation; NORTH AMERICAN CAPACITY INSURANCE ) |
| 16 | COMPANY, a New Hampshire corporation; NORTHERN INSURANCE ) |
| 17 | COMPANY OF NEW YORK, a New York corporation; OLD REPUBLIC ) |
| 18 | INSURANCE COMPANY, a Pennsylvania corporation; SCOTTSDALE ) |
| 19 | INSURANCE COMPANY, an Ohio corporation; STEADFAST INSURANCE ) |
| 20 | COMPANY, a Delaware corporation; UNDERWRITERS AT LLOYDS, a ) |
| 21 | Kentucky corporation; UNITED SPECIALTY INSURANCE COMPANY, ) |
| 22 | a Delaware corporation; VALIANT INSURANCE COMPANY, a Delaware ) |
| 23 | corporation; ZURICH AMERICAN INSURANCE COMPANY, a New York ) |
| 24 | corporation; and DOES 1-1 0 inclusive, ) |
| 25 | Defendants. ) |
| 26 | |

27  IT IS HEREBY STIPULATED by and between the parties hereto through their

28  respective attorneys of record that NATIONAL FIRE & MARINE INSURANCE COMPANY

has been granted additional time to respond to the complaint of ST. PAUL FIRE AND MARINE INSURANCE COMPANY and ST. PAUL MERCURY INSURANCE COMPANY. National Fire's responsive pleading previously was due on or before February 11, 2013. Pursuant to this stipulation, National Fire's response is now due on March 11, 2013.

This stipulation is made pursuant to Local Rule 144(a) of the United States District Court for the Eastern District of California and Rule 6 of the Federal Rules of Civil Procedure.

Respectfully submitted,

DATED: February 13, 2013          THE AGUILERA LAW GROUP, APLC

By: /s/ Eric Aguilera
A. Eric Aguilera
Angela Martin
Attorneys for Plaintiffs St. Paul Fire and Marine Insurance Company and St. Paul Mercury Insurance Company

DATED: February 13, 2013          SUMMERS & SHIVES, A.P.C.

By: /s/ Peter B. Lightstone
Martin L. Shives
Peter B. Lightstone
Attorneys for Defendant National Fire & Marine Insurance Company

**IT IS HEREBY ORDERED THAT**:

Defendant National Fire & Marine Insurance Company shall have up to and including March 11, 2013, to respond to Plaintiffs' complaint.

Dated: February 20, 2013.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

STIPULATION AND ORDER EXTENDING TIME FOR NATIONAL FIRE TO RESPOND TO COMPLAINT