# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation, ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation, | Case No. 2:12-CV-03041-LKK-GGH |
| Plaintiffs, | Hon. Lawrence Karlton |
| v. | **ORDER ON EX PARTE APPLICATION TO CONTINUE MARCH 4, 2013 STATUS CONFERENCE AND ALL ATTENDANT DATES FOR SIXTY (60) DAYS** |
| ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation; AIU HOLDINGS, INC., a New York corporation; AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, AN Illinois corporation, AMERICAN SAFETY INDEMNITY COMPANY, a Georgia corporation; AMERICAN SAFETY INDEMNITY COMPANY, an Oklahoma corporation; ARCH SPECIALTY INSURANCE COMPANY, a Nebraska corporation; ASPEN SPECIALTY INSURANCE COMPANY, a North Dakota Corporation; AXIS SPECIALTY INSURANCE, a Connecticut corporation; BUILDERS & CONTRACTORS, INC. dba PROBUILDERS SPECIALTY INSURANCE COMPANY, a District of Columbia corporation; CHARTIS SPECIALTY INSURANCE COMPANY, an Illinois corporation; CLAREMONT LIABILITY INSURANCE, a California corporation; CLARENDON AMERICA INSURANCE COMPANY, a New Jersey corporation; EVEREST INDEMNITY INSURANCE COMPANY, a Delaware | **COMPLAINT FILED: 12/18/12** |

-1-

1  corporation; FINANCIAL PACIFIC )
   INSURANCE COMPANY, a California; )
2  FIREMAN'S FUND INSURANCE )
   COMPANY, a California corporation; )
3  FIRST SPECIALTY INSURANCE )
   CORPORATION, a Missouri )
4  corporation; GOLDEN EAGLE )
   INSURANCE CORPORATION, a New )
5  Hampshire corporation; GREENWHICH )
   INSURANCE COMPANY, a Delaware )
6  corporation; IRONSHORE SPECIALTY )
   INSURANCE COMPANY, an Arizona )
7  corporation; INTERSTATE FIRE & )
   casualty company, an Illinois corporation; )
8  LEXINGTON INSURANCE )
   COMPANY, a Delaware corporation; )
9  LIBERTY MUTUAL, a Massachusetts )
   corporation; MARYLAND CASUALTY )
10 COMPANY, a Maryland corporation; )
   NATIONAL FIRE & MARINE )
11 INSURANCE COMPANY, a Nebraska )
   corporation; NATIONAL UNION FIRE )
12 INSURANCE COMPANY, a )
   Pennsylvania corporation; )
13 NAVIGATORS INSURANCE )
   COMPANY, a New York corporation; )
14 NEW HAMPSHIRE INSURANCE )
   COMPANY, a Pennsylvania corporation; )
15 NORTH AMERICAN CAPACITY )
   INSURANCE COMPANY, a New )
16 Hampshire corporation; NORTHERN )
   INSURANCE COMPANY OF NEW )
17 YORK, a New York corporation; OLD )
   REPUBLIC INSURANCE COMPANY, )
18 a Pennsylvania corporation; )
   SCOTTSDALE INSURANCE )
19 COMPANY, an Ohio corporation; )
   STEADFAST INSURANCE )
20 COMPANY, a Delaware corporation; )
   UNDERWRITERS AT LLOYDS, a )
21 Kentucky corporation; UNITED )
   SPECIALTY INSURANCE COMPANY, )
22 a Delaware corporation; VALIANT )
   INSURANCE COMPANY, a Delaware )
23 corporation; ZURICH AMERICAN )
   INSURANCE COMPANY, a New York )
24 corporation and DOES 1-10, inclusive, )
                                        )
25              Defendants.             )

26                  **ORDER**

27      Good cause having been shown, IT IS HEREBY ORDERED that the Status

28 (Pretrial Scheduling) Conference in this matter be continued from March 4, 2013 to

1 | May 13, 2013 at 2:30 p.m. and that all attendant dates including the Rule 26(a)
2 | initial disclosure deadline be calculated from the new Status (Pretrial Scheduling)
3 | Conference date.
4 |
5 | Dated:  February 20, 2013
6 |
7 | LAWRENCE K. KARLTON
    SENIOR JUDGE
    UNITED STATES DISTRICT COURT
8 |
9 |
10 | Dated:  February 20, 2013          **THE AGUILERA LAW GROUP, APLC**
11 |
12 |                      By:  /s/ Angela Martin
13 |                         A. Eric Aguilera, Esq.
14 |                         Daniel Eli, Esq.
                          Angela Martin, Esq.
15 |                      Attorneys for Plaintiffs ST. PAUL FIRE
                      AND MARINE INSURANCE
16 |                      COMPANY and ST. PAUL MERCURY
                      INSURANCE COMPANY
17 |
18 |
...

-3-

[PROPOSED] ORDER ON EX PARTE APP. TO CONTINUE STATUS CONF. DATE & RULE 26
INITIAL DISCLOSURE

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 700 S. Flower St., Ste. 3350, Los Angeles, California 90017.

On February 20, 2013, I served the foregoing document described as**:
[PROPOSED] ORDER ON EX PARTE APPLICATION TO CONTINUE MARCH 4, 2013 STATUS CONFERENCE AND ALL ATTENDANT DATES FOR SIXTY (60) DAYS** on the interested parties in this action.

☐ **BY U.S. MAIL**

( ) *I deposited such envelope in the mail at Los Angeles, California.  The envelope was mailed with postage thereon fully prepaid.

☐   As follows:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under the practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage date is more than 1 day after date of deposit for mailing in affidavit.

☒   **BY ELECTRONIC SERVICE VIA ECF**  I transmitted a true copy of the above entitled document(s) to CM/ECF for filing and service on all parties.

☐   (State)  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒   (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 20, 2013 at Los Angeles, California.

_____/s/  Judy Jaramillo_____
Judy Jaramillo

-4-