1
2
3
4
5

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation, ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation, <br><br> Plaintiffs, <br><br> v. <br><br> ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation; AIU HOLDINGS, INC., a New York corporation; AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, AN Illinois corporation, AMERICAN SAFETY INDEMNITY COMPANY, a Georgia corporation; AMERICAN SAFETY INDEMNITY COMPANY, an Oklahoma corporation; ARCH SPECIALTY INSURANCE COMPANY, a Nebraska corporation; ASPEN SPECIALTY INSURANCE COMPANY, a North Dakota Corporation; AXIS SPECIALTY INSURANCE, a Connecticut corporation; BUILDERS & CONTRACTORS, INC. dba PROBUILDERS SPECIALTY INSURANCE COMPANY, a District of Columbia corporation; CHARTIS SPECIALTY INSURANCE COMPANY, an Illinois corporation; CLAREMONT LIABILITY INSURANCE, a California corporation; CLARENDON AMERICA | CASE NO.  2:12-cv-03041-LKK-GGH <br><br> Judge :  Hon. Lawrence Karlton <br><br> **ORDER ON STIPULATION TO FURTHER EXTEND TIME FOR NORTH AMERICAN CAPACITY INSURANCE TO FILE A RESPONSIVE PLEADING** <br><br> Complaint Filed: 12/18/2012 |

1

| | |
|---|---|
| 1 | INSURANCE COMPANY, a New Jersey corporation; EVEREST |
| 2 | INDEMNITY INSURANCE COMPANY, a Delaware corporation; |
| 3 | FINANCIAL PACIFIC INSURANCE COMPANY, a California; FIREMAN'S |
| 4 | FUND INSURANCE COMPANY, a California corporation; FIRST |
| 5 | SPECIALTY INSURANCE CORPORATION, a Missouri |
| 6 | corporation; GOLDEN EAGLE INSURANCE CORPORATION, a New |
| 7 | Hampshire corporation; GREENWHICH INSURANCE COMPANY, a Delaware |
| 8 | corporation; IRONSHORE SPECIALTY INSURANCE |
| 9 | COMPANY, an Arizona corporation; INTERSTATE FIRE & casualty |
| 10 | company, an Illinois corporation; LEXINGTON INSURANCE |
| 11 | COMPANY, a Delaware corporation; LIBERTY MUTUAL, a Massachusetts |
| 12 | corporation; MARYLAND CASUALTY COMPANY, a Maryland |
| 13 | corporation; NATIONAL FIRE & MARINE INSURANCE COMPANY, a |
| 14 | Nebraska corporation; NATIONAL UNION FIRE INSURANCE |
| 15 | COMPANY, a Pennsylvania corporation; NAVIGATORS |
| 16 | INSURANCE COMPANY, a New York corporation; NEW HAMPSHIRE |
| 17 | INSURANCE COMPANY, a Pennsylvania corporation; NORTH |
| 18 | AMERICAN CAPACITY INSURANCE COMPANY, a New |
| 19 | Hampshire corporation; NORTHERN INSURANCE COMPANY OF NEW |
| 20 | YORK, a New York corporation; OLD REPUBLIC INSURANCE COMPANY, |
| 21 | a Pennsylvania corporation; SCOTTSDALE INSURANCE |
| 22 | COMPANY, an Ohio corporation; STEADFAST INSURANCE |
| 23 | COMPANY, a Delaware corporation; UNDERWRITERS AT LLOYDS, a |
| 24 | Kentucky corporation; UNITED SPECIALTY INSURANCE |
| 25 | COMPANY, a Delaware corporation; VALIANT INSURANCE COMPANY, |
| 26 | a Delaware corporation; ZURICH AMERICAN INSURANCE |
| 27 | COMPANY, a New York corporation |
| 28 | |

2

2:12-cv-03041-LKK-GGH
(PROPOSED) ORDER ON STIPULATION TO FURTHER EXTEND TIME FOR NO.
AMERICAN CAPACITY TO FILE A RESPONSIVE PLEADING

1  and DOES 1-10, inclusive,
2          Defendants.

For good cause showing and pursuant to stipulation, IT IS HEREBY ORDERED THAT North American Capacity Insurance ("NAC") is granted a further extension of thirty (30) days to file a responsive pleading in this action, such that NAC's response to the complaint is now due on March 25, 2013.

IT IS SO ORDERED.

DATED: February 25, 2013.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

DATED: February 20, 2013    THE AGUILERA LAW GROUP, APLC

By:  /s/ Angela Martin
     A. ERIC AGUILERA
     DANIEL ELI
     ANGELA MARTIN
Attorneys for Plaintiffs
ST. PAUL FIRE & MARINE INSURANCE COMPANY and ST. PAUL MERCURY INSURANCE COMPANY

3

2:12-cv-03041-LKK-GGH
(PROPOSED) ORDER ON STIPULATION TO FURTHER EXTEND TIME FOR NO. AMERICAN CAPACITY TO FILE A RESPONSIVE PLEADING