| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation, ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation,<br><br>            Plaintiffs,<br><br>      v.<br><br>ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation; AIU HOLDINGS, INC., a New York corporation; AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, AN Illinois corporation, AMERICAN SAFETY INDEMNITY COMPANY, a Georgia corporation; AMERICAN SAFETY INDEMNITY COMPANY, an Oklahoma corporation; ARCH SPECIALTY INSURANCE COMPANY, a Nebraska corporation; ASPEN SPECIALTY INSURANCE COMPANY, a North Dakota Corporation; AXIS SPECIALTY INSURANCE, a Connecticut corporation; BUILDERS & CONTRACTORS, INC. dba PROBUILDERS SPECIALTY INSURANCE COMPANY, a District of Columbia corporation; CHARTIS SPECIALTY INSURANCE COMPANY, an Illinois corporation; CLAREMONT LIABILITY INSURANCE, a California corporation; CLARENDON AMERICA INSURANCE COMPANY, a New Jersey corporation; EVEREST INDEMNITY INSURANCE COMPANY, a Delaware corporation; FINANCIAL PACIFIC INSURANCE COMPANY, a California; FIREMAN'S FUND | CASE NO.    2:12-cv-03041-LKK-GGH<br><br>Judge   :   Hon. Lawrence Karlton<br><br>**ORDER ON APPLICATION FOR EXTENSION OF TIME FOR FINANCIAL PACIFIC INSURANCE COMPANY TO FILE A RESPONSIVE PLEADING**<br><br>Complaint Filed: 12/18/2012 |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

1

|   |   |
|---|---|
| 1 | INSURANCE COMPANY, a California corporation; FIRST SPECIALTY |
| 2 | INSURANCE CORPORATION, a Missouri corporation; GOLDEN EAGLE INSURANCE |
| 3 | CORPORATION, a New Hampshire corporation; GREENWHICH INSURANCE |
| 4 | COMPANY, a Delaware corporation; IRONSHORE SPECIALTY INSURANCE |
| 5 | COMPANY, an Arizona corporation; INTERSTATE FIRE & casualty company, an |
| 6 | Illinois corporation; LEXINGTON INSURANCE COMPANY, a Delaware |
| 7 | corporation; LIBERTY MUTUAL, a Massachusetts corporation; MARYLAND |
| 8 | CASUALTY COMPANY, a Maryland corporation; NATIONAL FIRE & MARINE |
| 9 | INSURANCE COMPANY, a Nebraska corporation; NATIONAL UNION FIRE |
| 10 | INSURANCE COMPANY, a Pennsylvania corporation; NAVIGATORS INSURANCE |
| 11 | COMPANY, a New York corporation; NEW HAMPSHIRE INSURANCE COMPANY, a |
| 12 | Pennsylvania corporation; NORTH AMERICAN CAPACITY INSURANCE |
| 13 | COMPANY, a New Hampshire corporation; NORTHERN INSURANCE COMPANY OF |
| 14 | NEW YORK, a New York corporation; OLD REPUBLIC INSURANCE COMPANY, a |
| 15 | Pennsylvania corporation; SCOTTSDALE INSURANCE COMPANY, an Ohio |
| 16 | corporation; STEADFAST INSURANCE COMPANY, a Delaware corporation; |
| 17 | UNDERWRITERS AT LLOYDS, a Kentucky corporation; UNITED SPECIALTY |
| 18 | INSURANCE COMPANY, a Delaware corporation; VALIANT INSURANCE |
| 19 | COMPANY, a Delaware corporation; ZURICH AMERICAN INSURANCE COMPANY, a |
| 20 | New York corporation and DOES 1-10, inclusive, |
| 21 |   |
| 22 | Defendants. |
| 23 | / / / |
| 24 | / / / |
| 25 | / / / |
| 26 | / / / |
| 27 | / / / |
| 28 |   |

2

**2:12-cv-03041-LKK-GGH**
[Proposed] Order on Appl. For Ext. of Time for Claremont Liability Ins. To File a Responsive Pleading

1    For good cause show, IT IS NOW ORDERED that the time for Defendant Financial

2 Pacific Insurance Company ("Financial Pacific") to respond to the complaint is extended.

3 Financial Pacific's response would now be due on or before March 22, 2013.

**IT IS SO ORDERED.**

DATED:  February 25, 2013.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Dated: February 21, 2013                    THE AGUILERA LAW GROUP

By:  /s/ Angela Martin
Daniel Eli, Esq.
Angela Martin, Esq.
Attorneys for Plaintiff ST. PAUL FIRE &
MARINE INSURANCE COMPANY and ST.
PAUL MERCURY INSURANCE
COMPANY

3

**2:12-cv-03041-LKK-GGH**
[Proposed] Order on Appl. For Ext. of Time for Claremont Liability Ins. To File a Responsive Pleading