**THE AGUILERA LAW GROUP, APLC**
A. ERIC AGUILERA (SBN 192390)
DANIEL ELI (SBN 192019)
ANGELA MARTIN (SBN 238426)
700 S. Flower Street, Suite 3350
Los Angeles, CA 90017
T: 213-929-1330 / F: 714-384-6601
deli@aguileragroup.com
amartin@aguileragroup.com

Attorneys for Plaintiffs
ST. PAUL FIRE AND MARINE INSURANCE
COMPANY and ST. PAUL MERCURY INSURANCE
COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation, ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation; AIU HOLDINGS, INC., a New York corporation; AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, AN Illinois corporation, AMERICAN SAFETY INDEMNITY COMPANY, a Georgia corporation; AMERICAN SAFETY INDEMNITY COMPANY, an Oklahoma corporation; ARCH SPECIALTY INSURANCE COMPANY, a Nebraska corporation; ASPEN SPECIALTY INSURANCE COMPANY, a North Dakota Corporation; AXIS SPECIALTY INSURANCE, a Connecticut corporation; BUILDERS & CONTRACTORS, INC. dba PROBUILDERS SPECIALTY INSURANCE COMPANY, a District of Columbia corporation; CHARTIS SPECIALTY INSURANCE COMPANY, an Illinois corporation; CLAREMONT LIABILITY INSURANCE, a California corporation; CLARENDON AMERICA INSURANCE | CASE NO.   2:12-cv-03041-LKK-GGH<br><br>Judge  :  Hon. Lawrence Karlton<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR ASPEN SPECIALTY INSURANCE COMPANY TO FILE A RESPONSIVE PLEADING**<br><br>Complaint Filed: 12/18/2012 |

1

COMPANY, a New Jersey corporation; EVEREST INDEMNITY INSURANCE COMPANY, a Delaware corporation; FINANCIAL PACIFIC INSURANCE COMPANY, a California; FIREMAN'S FUND INSURANCE COMPANY, a California corporation; FIRST SPECIALTY INSURANCE CORPORATION, a Missouri corporation; GOLDEN EAGLE INSURANCE CORPORATION, a New Hampshire corporation; GREENWHICH INSURANCE COMPANY, a Delaware corporation; IRONSHORE SPECIALTY INSURANCE COMPANY, an Arizona corporation; INTERSTATE FIRE & casualty company, an Illinois corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; LIBERTY MUTUAL, a Massachusetts corporation; MARYLAND CASUALTY COMPANY, a Maryland corporation; NATIONAL FIRE & MARINE INSURANCE COMPANY, a Nebraska corporation; NATIONAL UNION FIRE INSURANCE COMPANY, a Pennsylvania corporation; NAVIGATORS INSURANCE COMPANY, a New York corporation; NEW HAMPSHIRE INSURANCE COMPANY, a Pennsylvania corporation; NORTH AMERICAN CAPACITY INSURANCE COMPANY, a New Hampshire corporation; NORTHERN INSURANCE COMPANY OF NEW YORK, a New York corporation; OLD REPUBLIC INSURANCE COMPANY, a Pennsylvania corporation; SCOTTSDALE INSURANCE COMPANY, an Ohio corporation; STEADFAST INSURANCE COMPANY, a Delaware corporation; UNDERWRITERS AT LLOYDS, a Kentucky corporation; UNITED SPECIALTY INSURANCE COMPANY, a Delaware corporation; VALIANT INSURANCE COMPANY, a Delaware corporation; ZURICH AMERICAN INSURANCE COMPANY, a New York corporation and DOES 1-10, inclusive,

            Defendants.

This Stipulation is entered into by and between Plaintiffs St. Paul Fire and Marine Insurance Company and St. Paul Mercury Insurance Company (collectively "St. Paul") and Defendant Aspen Specialty Insurance Company ("Aspen") by and through their respective

attorneys of record.

## **RECITALS**

1. WHEREAS St. Paul filed its complaint in the instant action on December 18, 2012;

2. WHEREAS St. Paul served Aspen with the summons and complaint in this action on January 17, 2013;

3. WHEREAS St. Paul and Aspen initially agreed to extend the deadline for Aspen to respond to the complaint to February 22, 2013.

4. WHEREAS St. Paul and Aspen have agreed to a second extension of fourteen (14) days for Aspen to respond to the complaint.

## **IT IS HEREBY STIPULATED AND AGREED:**

5. Subject to the Court's approval, Aspen shall file a responsive pleading to the complaint on or before March 8, 2013.

6. This stipulation shall not constitute an appearance by Aspen. Aspen does not waive its right to challenge the Court's jurisdiction over this matter and/or whether Aspen was validly served with summons and complaint.

DATED: February 21, 2013        THE AGUILERA LAW GROUP, APLC

By: /s/
    A. ERIC AGUILERA
    DANIEL ELI
    ANGELA MARTIN
Attorneys for Plaintiffs
ST. PAUL FIRE & MARINE INSURANCE COMPANY
and ST. PAUL MERCURY INSURANCE COMPANY

DATED: February 21, 2013        SELMAN BREITMAN LLP

By: /s/
    GREGORY J. NEWMAN
Attorneys for Defendant
ASPEN SPECIALTY INSURANCE COMPANY

**<u>ORDER</u>**

The Court having reviewed the stipulation between Plaintiffs St. Paul and Defendant Aspen further extending the time for Aspen to respond to the complaint, the Court grants the stipulation and orders that Aspen shall have through and until March 8, 2013 to respond to the Complaint.

**IT IS SO ORDERED**.

DATED: February 25, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT