ANDREW D. HEROLD, ESQ., Bar No. 178640
Aherold@heroldsagerlaw.com
KENDALL DULICH, ESQ., Bar No. 178307
Kdulich@heroldsagerlaw.com
HEROLD & SAGER
550 Second Street, Suite 200
Encinitas, CA  92024
(760) 487-1047 / (760) 487-1064 FAX

Attorneys for Defendants
CHARTIS SPECIALTY INSURANCE COMPANY fka AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, NATIONAL UNION FIRE INSURANCE COMPANY, and LEXINGTON INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation; ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation,<br><br>Plaintiff,<br><br>v.<br><br>ACE AMERICAN INSURANCE, et al.,<br><br>Defendants. | Case No. 2:12-cv-03041-LKK-GGH<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE A RESPONSIVE PLEADING** |

This Stipulation is entered into by and between Plaintiffs ST. PAUL FIRE AND MARINE INSURANCE COMPANY AND ST. PAUL MERCURY INSURANCE COMPANY (collectively "St. Paul") and Defendants CHARTIS SPECIALTY INSURANCE COMPANY fka AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY ("Chartis Specialty"), NATIONAL UNION FIRE INSURANCE COMPANY ("National Union") and LEXINGTON INSURANCE COMPANY ("Lexington"), (collectively "Defendants") by and through their respective attorneys' of record.

///

**RECITALS**

1. WHEREAS St. Paul filed its complaint in the instant action on December 18, 2012;

2. WHEREAS St. Paul served Defendants on January 18, 2013 with the summons and complaint in this action;

3. WHEREAS St. Paul and Chartis Specialty initially agreed to extend the deadline for Chartis Specialty to respond to the complaint to March 1, 2013;

4. WHEREAS St. Paul and Chartis Specialty have agreed to a second extension of nineteen (19) days for Chartis to respond to the complaint;

5. WHEREAS St. Paul and National Union have agreed to an extension for National Union to respond to the complaint;

6. WHEREAS St. Paul and Lexington have agreed to an extension for Lexington to respond to the complaint

**IT IS HEREBY STIPULATED AND AGREED:**

7. Subject to the Court's approval, Defendants shall file a responsive pleading to the complaint on or before March 20, 2013.

8. This stipulation shall not constitute an appearance by Defendants. Defendants do not waive their right to challenge the Court's jurisdiction over this matter and/or whether Defendants were validly served with summons and complaint.

DATED: February 27, 2013       HEROLD & SAGER

                               */s/  Kendall Dulich*
                               _____
                               ANDREW D. HEROLD, ESQ.
                               KENDALL DULICH, ESQ.
                               Attorneys for Defendant
                               Chartis Specialty Insurance Company, National Union Fire Insurance Company and Lexington Insurance Company

|  |  |
|---|---|
| DATED: February 27, 2013 | THE AGUILERA LAW GROUP, APLC |
|  | */s/ Angela Martin (as authorized 2.27.13)* |
|  | _____ |
|  | A. ERIC AGUILERA |
|  | DANIEL ELI |
|  | ANGELA MARTIN |
|  | Attorneys for Plaintiff |
|  | ST. PAUL FIRE AND MARINE INSURANCE COMPANY and ST. PAUL MERCURY INSURANCE COMPANY |

**ORDER**

The Court having reviewed the stipulation between Plaintiffs ST. PAUL FIRE AND MARINE INSURANCE COMPANY and ST. PAUL MERCURY INSURANCE COMPANY, and Defendants CHARTIS SPECIALTY INSURANCE COMPANY fka AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY ("Chartis Specialty"), NATIONAL UNION FIRE INSURANCE COMPANY ("National Union") and LEXINGTON INSURANCE COMPANY ("Lexington"), (collectively "Defendants") extending the time for Defendants to respond to the complaint, the Court grants the stipulation and orders that Defendants shall have through and until March 20, 2013 to respond to the Complaint.

**IT IS SO ORDERED**.

DATED: February 28, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT