UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ST. PAUL FIRE AND MARINE
INSURANCE COMPANY, a
Minnesota corporation; and
ST. PAUL MERCURY INSURANCE
COMPANY, a Minnesota
corporation,

NO. CIV. S-12-3041 LKK/CKD

    Plaintiffs,

  v.

O R D E R

ACE AMERICAN INSURANCE, a
Pennsylvania corporation,
et al.,

    Defendants.
_____/

    A status conference was held in chambers on May 13, 2013. After hearing, the court orders as follows:

    1.    A further status conference is set for August 5, 2013 at 2:30 p.m.

    2.    The parties shall file updated status reports 14 days prior to the status conference.

    IT IS SO ORDERED.

    DATED: May 15, 2013.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1