GREGORY J. NEWMAN (SBN 169057)
E-mail: gnewman@selmanbreitman.com
HEE SUNG YOON (SBN 251612)
E-mail: hyoon@selmanbreitman.com
SELMAN BREITMAN LLP
11766 Wilshire Boulevard, Sixth Floor
Los Angeles, CA  90025
Telephone:	(310) 445-0800
Facsimile:	(310) 473-2525

Attorneys for Defendant
ARCH SPECIALTY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation, ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation; AIU HOLDINGS, INC., a New York corporation; AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, AN Illinois corporation, AMERICAN SAFETY INDEMNITY COMPANY, a Georgia corporation; AMERICAN SAFETY INDEMNITY COMPANY, an Oklahoma corporation; ARCH SPECIALTY INSURANCE COMPANY, a Nebraska corporation; ASPEN SPECIALTY INSURANCE COMPANY, a North Dakota Corporation; AXIS SPECIALTY INSURANCE, a Connecticut corporation; BUILDERS & CONTRACTORS, INC. dba PROBUILDERS SPECIALTY INSURANCE COMPANY, a District of Columbia corporation; CHARTIS SPECIALTY INSURANCE COMPANY, an Illinois corporation; CLAREMONT LIABILITY INSURANCE, a California corporation; CLARENDON AMERICA INSURANCE COMPANY, a New Jersey corporation; EVEREST INDEMNITY INSURANCE | CASE NO.     2:12-cv-03041-LKK-GGH<br><br>Judge   :   Hon. Lawrence Karlton<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR ARCH SPECIALTY INSURANCE COMPANY TO FILE INITIAL DISCLOSURES**<br><br>Complaint Filed: 12/18/2012 |

| | |
|---|---|
| 1 | COMPANY, a Delaware corporation; FINANCIAL PACIFIC INSURANCE |
| 2 | COMPANY, a California; FIREMAN'S FUND INSURANCE COMPANY, a California |
| 3 | corporation; FIRST SPECIALTY INSURANCE CORPORATION, a Missouri |
| 4 | corporation; GOLDEN EAGLE INSURANCE CORPORATION, a New Hampshire |
| 5 | corporation; GREENWHICH INSURANCE COMPANY, a Delaware corporation; |
| 6 | IRONSHORE SPECIALTY INSURANCE COMPANY, an Arizona corporation; |
| 7 | INTERSTATE FIRE & casualty company, an Illinois corporation; LEXINGTON |
| 8 | INSURANCE COMPANY, a Delaware corporation; LIBERTY MUTUAL, a |
| 9 | Massachusetts corporation; MARYLAND CASUALTY COMPANY, a Maryland |
| 10 | corporation; NATIONAL FIRE & MARINE INSURANCE COMPANY, a Nebraska |
| 11 | corporation; NATIONAL UNION FIRE INSURANCE COMPANY, a Pennsylvania |
| 12 | corporation; NAVIGATORS INSURANCE COMPANY, a New York corporation; NEW |
| 13 | HAMPSHIRE INSURANCE COMPANY, a Pennsylvania corporation; NORTH |
| 14 | AMERICAN CAPACITY INSURANCE COMPANY, a New Hampshire corporation; |
| 15 | NORTHERN INSURANCE COMPANY OF NEW YORK, a New York corporation; OLD |
| 16 | REPUBLIC INSURANCE COMPANY, a Pennsylvania corporation; SCOTTSDALE |
| 17 | INSURANCE COMPANY, an Ohio corporation; STEADFAST INSURANCE |
| 18 | COMPANY, a Delaware corporation; UNDERWRITERS AT LLOYDS, a Kentucky |
| 19 | corporation; UNITED SPECIALTY INSURANCE COMPANY, a Delaware |
| 20 | corporation; VALIANT INSURANCE COMPANY, a Delaware corporation; ZURICH |
| 21 | AMERICAN INSURANCE COMPANY, a New York corporation and DOES 1-10, |
| 22 | inclusive, |
| 23 | Defendants. |

This Stipulation is entered into by and between Plaintiffs St. Paul Fire and Marine Insurance Company and St. Paul Mercury Insurance Company (collectively "St. Paul") and Defendant Arch Specialty Insurance Company ("Arch") by and through their respective attorneys' of record.

2

## RECITALS

1. On April 29, 2013, all parties to this action filed a Joint Pre-trial Scheduling Conference Status Report in which the parties stipulated to a May 27, 2013 due date for the Fed. R. Civ. Proc. 26(a)(1) Initial Disclosure Exchange ("Initial Disclosures"); and a June 12, 2013 due date for exchange of documents.

2. Because Monday, May 27, 2013 is a federal holiday, on or about May 14, 2013, the parties agreed to extend the Initial Disclosure due date to Tuesday, May 28, 2013.

3. On or about May 14, 2013, Plaintiff served Special Interrogatories and Request for Production of Documents via U.S. Mail on Arch Specialty Insurance Company. Arch's written responses thereto are due on Monday June 17, 2013 (as June 16, 2013 is a Sunday).

## IT IS HEREBY STIPULATED AND AGREED:

4. Arch is granted a twenty (20) day extension of time to serve its Initial Disclosures, such that the May 28, 2013 due date is extended to June 17, 2013 to coincide with the date Arch's written responses to discovery is due.

5. Arch is granted a five (5) day extension of time to produce its documents, such that the June 12, 2013 due date is extended to June 17, 2013.

6. This stipulation is made pursuant to Local Rule 144(a) and Fed. R. Civ. Proc. 26(a)(1)(C).

DATED: May 28, 2013            THE AGUILERA LAW GROUP, APLC

By: *A. Eric Aguilera*
    A. ERIC AGUILERA
    DANIEL ELI
    ANGELA MARTIN
Attorneys for Plaintiffs
ST. PAUL FIRE & MARINE INSURANCE COMPANY
and ST. PAUL MERCURY INSURANCE COMPANY

DATED: May 28, 2013                    SELMAN BREITMAN LLP

By: *Gregory J. Newman*
     GREGORY J. NEWMAN
Attorneys for Defendant
ARCH SPECIALTY INSURANCE COMPANY

## ORDER

The Court having reviewed the stipulation between Plaintiffs St. Paul and Defendant Arch:

**IT IS HEREBY ORDERED THAT:**

(1)   Arch is granted a twenty (20) day extension to serve its Initial Disclosures, such that the May 28, 2013 due date is extended to June 17, 2013.

(2)   Arch is granted a five (5) day extension to produce it documents, such that the June 12, 2013 due date is extended to June 17, 2013.

DATED:  May 29, 2013.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT