Diane O. Palumbo, Esq. (State Bar No. 117479)
dpalumbo@palumbolawyers.com
**PALUMBO BERGSTROM LLP**
95 Enterprise, Suite 250
Aliso Viejo, CA 92656
Telephone: (949) 442-0300/ Facsimile: (949) 251-1331
Attorneys for Defendant IRONSHORE SPECIALTY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation; ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>ACE AMERICAN INSURANCE, a Pennsylvania corporation; AIU HOLDINGS, INC., a New York corporation; AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, an Illinois corporation; AMERICAN SAFETY INSURANCE COMPANY, a Georgia corporation; AMERICAN SAFETY INDEMNITY COMPANY, an Oklahoma corporation; ARCH SPECIALTY INSURANCE CO, a Nebraska corporation; ASPEN SPECIALTY INSURANCE COMPANY, a North Dakota Corporation; AXIS SPECIALTY INSURANCE, a Connecticut corporation; BUILDERS & CONTRACTORS, INC. dba PROBUILDERS SPECIALTY INSURANCE, a District of Colombia corporation; CHARTIS SPECIALTY INSURANCE COMPANY, an Illinois corporation; CLAREMONT LIABILITY INSURANCE, a California corporation; CLARENDON AMERICA INSURANCE COMPANY, a New Jersey corporation EVEREST INDEMNITY INSURANCE | Case No. 2:12-cv-03041-LKK-CKD<br><br>Assigned to Hon. Lawrence K. Karlton<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR IRONSHORE SPECIALTY INSURANCE COMPANY TO SERVE FED. R. CIV. PROC. 26(a)(1) INITIAL DISCLOSURES**<br><br>Action Filed:　December 18, 2012 |

1

**STIPULATION AND ORDER TO EXTEND TIME FOR IRONSHORE SPECIALTY INSURANCE COMPANY
TO SERVE FED. R. CIV. PROC. 26(a)(1) INITIAL DISCLOSURES**　　Case No. 2:12-cv-03041-LKK-CKD

| | |
|---|---|
| 1 | COMPANY, a Delaware corporation; FINANCIAL PACIFIC INSURANCE COMPANY, a California corporation; FIREMAN'S FUND INSURANCE COMPANY, a California corporation; FIRST SPECIALTY INSURANCE CORPORATION; a Missouri corporation; GOLDEN EAGLE INSURANCE CORPORATION, a New Hampshire corporation; GREENWHICH INSURANCE COMPANY, a Delaware corporation; IRONSHORE SPECIALTY INSURANCE COMPANY, an Arizona corporation; INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; LIBERTY MUTUAL, a Massachusetts corporation; MARYLAND CASUALTY COMPANY, a Maryland corporation; NATIONAL FIRE & MARINE INSURANCE COMPANY, a Nebraska corporation; NATIONAL UNION FIRE INSURANCE COMPANY, a Pennsylvania corporation; NAVIGATORS INSURANCE COMPANY; a New York corporation; NEW HAMPSHIRE INSURANCE COMPANY, a Pennsylvania corporation; NORTH AMERICAN CAPACITY INSURANCE COMPANY, a New Hampshire corporation; NORTHERN INSURANCE COMPANY OF NEW YORK, a New York corporation; OLD REPLUBIC INSURANCE COMPANY, a Pennsylvania corporation; SCOTTSDALE INSURANCE COMPANY, an Ohio corporation; STEADFAST INSURANCE COMPANY, a Delaware corporation; UNDERWRITERS AT LLOYDS, a Kentucky corporation; UNITED SPECIALTY INSURANCE COMPANY, a Delaware corporation; VALIANT INSURANCE COMPANY, a Delaware corporation; ZURICH AMERICAN INSURANCE COMPANY, a New York corporation; and DOES 1-10, inclusive, Defendants. |

///

///

2

**STIPULATION AND ORDER TO EXTEND TIME FOR IRONSHORE SPECIALTY INSURANCE COMPANY TO SERVE FED. R. CIV. PROC. 26(a)(1) INITIAL DISCLOSURES**          Case No. 2:12-cv-03041-LKK-CKD

PALUMBO BERGSTROM LLP
95 Enterprise, Suite 250
Aliso Viejo, CA 92656
(949) 442-0300

This stipulation is entered into by and between Plaintiffs St. Paul Fire and Marine Insurance Company and St. Paul Mercury Insurance Company (collectively "St. Paul") and Defendant Ironshore Specialty Insurance Company ("Ironshore").

## RECITALS

1. On April 29, 2013, all parties to this action filed a Joint Pre-trial Scheduling Conference Status Report in which the parties stipulated to a **May 27, 2013** due date for the Fed. R. Civ. Proc. 26(a)(1) Initial Disclosure Exchange ("Initial Disclosures"); and a **June 12, 2013** due date for the exchange of documents.

2. The Pre-trial Scheduling Conference was held in chambers on May 13, 2013, at which time the Court ordered that (1) a further status conference is set for August 5, 2013; and (2) the parties must file an updated joint status report 14 days prior to the conference. No further dates were set by the Court.

3. Following the Pre-trial Scheduling Conference, the May 27, 2013 Initial Disclosure exchange and the June 12, 2013 documents exchange deadlines were operative dates as previously agreed by the parties in the Joint Pre-trial Scheduling Conference Status Report. Because May 27, 2013 is a federal holiday (Memorial Day), on or about May 14, 2013 the parties agreed to extend the Initial Disclosure due date to **May 28, 2013**.

4. In a good faith effort to achieve an early resolution of St. Paul's claim against Ironshore, St. Paul and Ironshore have engaged in extensive discussions since early April 2013. Counsel for Ironshore has provided counsel for St. Paul with information and documentation in support of Ironshore's position. St. Paul is currently reviewing Ironshore's position and St. Paul's response to Ironshore is imminent.

5. At this time it is reasonably possible that St. Paul and Ironshore will soon reach a resolution of this matter. Ironshore seeks to avoid any unnecessary expense to prepare its Initial Disclosures and to exchange documents given that St. Paul's claim against Ironshore may be resolved in short time.

///

///

**STIPULATION AND ORDER TO EXTEND TIME FOR IRONSHORE SPECIALTY INSURANCE COMPANY TO SERVE FED. R. CIV. PROC. 26(a)(1) INITIAL DISCLOSURES**   Case No. 2:12-cv-03041-LKK-CKD

**IT IS HEREBY STIPULATED AND AGREED:**

6. Ironshore is granted a twenty-one (21) day extension of time to serve its Initial Disclosures, such that the May 28, 2013 due date is extended to **June 18, 2013**.

7. Ironshore is granted a twenty-one (21) day extension of time to produce its documents, such that the June 12, 2013 due date is extended to **July 3, 2013**.

8. This stipulation is made pursuant to Local Rule 144(a) and Fed. R. Civ. Proc. 26(a)(1)(C).

Respectfully submitted,

THE AGUILERA LAW GROUP

Dated: May 24, 2013        By:        */s/ Scott LaSalle*

A. Erik Aguilera
Scott La Salle
Attorneys for Plaintiffs ST. PAUL FIRE AND MARINE INSURANCE COMPANY AND ST. PAUL MERCURY INSURANCE COMPANY

PALUMBO BERGSTROM LLP

Dated: May 24, 2013        By:        */s/ Diane O. Palumbo*
Diane O. Palumbo
Attorneys for Defendant IRONSHORE SPECIALTY INSURANCE COMPANY

**IT IS HEREBY ORDERED THAT:**

(1) Ironshore is granted a twenty-one (21) day extension of time to serve its Initial Disclosures, such that the May 28, 2013 due date is extended to **June 18, 2013**.

(2) Ironshore is granted a twenty-one (21) day extension of time to produce its documents, such that the June 12, 2013 due date is extended to **July 3, 2013**.

Dated: May 31, 2013.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT