ANDREW D. HEROLD, ESQ., Bar No. 178640
Aherold@heroldsagerlaw.com
KENDALL DULICH, ESQ., Bar No. 178307
Kdulich@heroldsagerlaw.com
HEROLD & SAGER
550 Second Street, Suite 200
Encinitas, CA  92024
(760) 487-1047 / (760) 487-1064 FAX

Attorneys for Defendants
CHARTIS SPECIALTY INSURANCE COMPANY, NATIONAL UNION FIRE INSURANCE COMPANY, LEXINGTON INSURANCE COMPANY and NEW HAMPSHIRE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation; ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation,<br><br>Plaintiff,<br><br>v.<br><br>ACE AMERICAN INSURANCE, et al.,<br><br>Defendants. | Case No. 2:12-cv-03041-LKK-CKD<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO PRODUCE FED. R. CIV. PROC. 26(a)(1) INITIAL DISCLOSURE DOCUMENTS AND TO RESPOND TO DISCOVERY REQUESTS** |

This Stipulation is entered into by and between Plaintiffs ST. PAUL FIRE AND MARINE INSURANCE COMPANY AND ST. PAUL MERCURY INSURANCE COMPANY (collectively "St. Paul") and Defendants CHARTIS SPECIALTY INSURANCE COMPANY ("Chartis Specialty"), NEW HAMPSHIRE INSURANCE COMPANY ("New Hampshire") and LEXINGTON INSURANCE COMPANY ("Lexington"), (collectively "Defendants") by and through their respective attorneys' of record.

///

///

## RECITALS

1. On April 29, 2013, all parties to this action filed a Joint Pre-trial Scheduling Conference Status Report in which the parties stipulated to a May 27, 2013 due date for the Fed. R. Civ. Proc. 26(a)(1) Initial Disclosure Exchange; and a June 12, 2013 due date for the exchange of documents;

2. The Pre-trial Scheduling Conference was held in chambers on May 13, 2013, at which time the Court ordered that (1) a further status conference is set for August 5, 2013; and (2) the parties must file an updated joint status report 14 days prior to the conference. No further dates were set by the Court;

3. Following the Pre-trial Scheduling Conference, the May 27, 2013 Initial Disclosure exchange and the June 12, 2013 documents exchange deadlines were operative dates as previously agreed by the parties in the Joint Pre-trial Scheduling Conference Status Report. Because May 27, 2013 is a federal holiday (Memorial Day), on or about May 14, 2013 the parties agreed to extend the Initial Disclosure due date to **May 28, 2013;**

4. On May 28, 2013, Defendants served their Initial Disclosures;

5. On May 15, 2013, St. Paul served Requests for Production, Set One, and Special Interrogatories, Set One on Defendants with response to this discovery due June 17, 2013;

6. On June 12, 2013, St. Paul, Chartis Specialty, Lexington and New Hampshire agreed to an extension of time for Chartis Specialty, Lexington and New Hampshire to produce documents identified in their initial disclosures, pursuant to Fed. R. Civ. Proc. 26(a)(1);

7. On June 12, 2013, St. Paul, Chartis Specialty, New Hampshire and Lexington agreed to an extension of time for Chartis Specialty, New Hampshire and Lexington to respond to Requests for Production, Set One, and Special Interrogatories, Set One;

///
///
///
///
///

**IT IS HEREBY STIPULATED AND AGREED:**

8.    Chartis Specialty, New Hampshire, and Lexington are granted an extension of time to produce documents pursuant to Fed. R. Civ. Proc. 26(a)(1) through and until **June 28, 2013**.

9.    Chartis Specialty, New Hampshire, and Lexington are granted an extension of time to respond to St. Paul's Requests for Production, Set One, and Special Interrogatories, Set One, through and until **June 28, 2013**.

10.    This stipulation is made pursuant to Local Rule 144(a) and Fed. R. Civ. Proc. 26(a)(1)(C).

DATED: June 12, 2013        HEROLD & SAGER

                                      */s/ Kendall Dulich*
                                      _____
                                      ANDREW D. HEROLD, ESQ.
                                      KENDALL DULICH, ESQ.
                                      Attorneys for Defendant
                                      Chartis Specialty Insurance Company, New Hampshire Insurance Company and Lexington Insurance Company

DATED: June 12, 2013        THE AGUILERA LAW GROUP, APLC

                                      */s/ Scott LaSalle*
                                      _____
                                      A. ERIC AGUILERA
                                      SCOTT LaSALLE
                                      Attorneys for Plaintiff
                                      ST. PAUL FIRE AND MARINE INSURANCE COMPANY and ST. PAUL MERCURY INSURANCE COMPANY

STIPULATION TO EXTEND TIME TO PRODUCE/RESPOND        12-CV-03041

1  The Court having reviewed the Stipulation between Plaintiffs and Defendants:

2  **IT IS HEREBY ORDERED THAT:**

3      (1)   Chartis Specialty, New Hampshire, and Lexington are granted an extension of time
4  to produce documents pursuant to Fed. R. Civ. Proc. 26(a)(1) through and until June 28, 2013.

5      (2)   Chartis Specialty, New Hampshire and Lexington are granted an extension of time
6  to respond to St. Paul's Requests for Production, Set One, and Special Interrogatories, Set One,
7  through and until June 28, 2013.

9  DATED: June 17, 2013

12  _____
    LAWRENCE K. KARLTON
13  SENIOR JUDGE
    UNITED STATES DISTRICT COURT