1  GEORGE D. YARON (State Bar #96246)
   HENRY M. SU (State Bar #171853)
2  **YARON & ASSOCIATES**
   601 California Street, 21st Floor
3  San Francisco, California 94108
   Telephone:   (415) 658-2929
4  Facsimile:   (415) 658-2930
   gyaron@yaronlaw.com
5  hsu@yaronlaw.com

6  Attorneys for Defendant
   FINANCIAL PACIFIC INSURANCE COMPANY
7

8                    UNITED STATES DISTRICT COURT

9        FOR THE EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

10

11 | ST. PAUL FIRE & MARINE INSURANCE COMPANY, a Minnesota corporation; ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation. | CASE NO.:   2:12-CV-03041-LKK-GGH |
|---|---|
|  | Assigned to Hon. Lawrence K. Karlton |
| Plaintiffs, | **STIPULATION AND ORDER TO EXTEND TIME FOR FINANCIAL PACIFIC INSURANCE COMPANY TO SERVE FED. R. CIV. PROC. 26(a)(1) INITIAL DISCLOSURES AND RESPOND TO ST. PAUL'S INTERROGATORIES AND REQUESTS FOR PRODUCTION, SET ONE** |
| vs. |  |
| ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation; AIU HOLDINGS, INC., a New York corporation; AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, an Illinois corporation; AMERICAN SAFETY INSURANCE COMPANY, a Georgia corporation; AMERICAN SAFETY INDEMNITY, an Oklahoma corporation; ARCH SPECIALTY INSURANCE CO., a Nebraska corporation; ASPEN SPECIALTY INSURANCE COMPANY, a North Dakota Corporation; AXIS SPECIALTY INSURANCE, a Connecticut corporation; BUILDERS & CONTRACTORS, INC. dba PROBUILDERS SPECIALTY INSURANCE, a District of Columbia corporation; CHARTIS SPECIALTY INSURANCE COMPANY, an Illinois corporation; CLAREMONT LIABILITY INSURANCE, a California corporation; CLARENDON AMERICA INSURANCE COMPANY, a New Jersey corporation; EVEREST INDEMNITY INSURANCE COMPANY, a Delaware corporation; FINANCIAL PACIFIC INSURANCE | Action Filed: December 18, 2012 |

---

**STIPULATION AND ORDER TO EXTEND TIME FOR FINANCIAL TO SERVE INITIAL DISCLOSURES AND RESPONSES TO ST. PAUL'S INTERROGATORIES AND REQUEST FOR DOCUMENTS**
G:\DOCS\Orders For Docketing\LKK\Stipulation and Order to Extend Time Rule 26.wpd

| | |
|---|---|
| 1 | COMPANY, a California corporation;) FIREMAN'S FUND INSURANCE COMPANY,) |
| 2 | a California corporation; FIRST SPECIALTY) INSURANCE CORPORATION, Missouri) |
| 3 | Corporation; GOLDEN EAGLE INSURANCE) CORPORATION, a New Hampshire) |
| 4 | corporation; GREENWICH INSURANCE) COMPANY, a Delaware corporation;) |
| 5 | IRONSHORE SPECIALTY INSURANCE) COMPANY, an Arizona corporation;) |
| 6 | INTERSTATE FIRE & CASUALTY) COMPANY, an Illinois corporation;) |
| 7 | LEXINGTON INSURANCE COMPANY, a) Delaware corporation; LIBERTY MUTUAL, a) |
| 8 | Massachusetts corporation; MARYLAND) CASUALTY COMPANY, a Maryland) |
| 9 | corporation; NATIONAL FIRE & MARINE) INSURANCE COMPANY, a Nebraska) |
| 10 | corporation; NATIONAL UNION FIRE) INSURANCE COMPANY, a Pennsylvania) |
| 11 | corporation; NAVIGATORS INSURANCE) COMPANY; a New York corporation; NEW) |
| 12 | HAMPSHIRE INSURANCE COMPANY,) Pennsylvania corporation; NORTH AMERICAN) |
| 13 | CAPACITY INSURANCE COMPANY, a New) Hampshire corporation; NORTHERN) |
| 14 | INSURANCE COMPANY OF NEW YORK, a) New York corporation; OLD REPUBLIC) |
| 15 | INSURANCE COMPANY, a Pennsylvania) corporation; SCOTTSDALE INSURANCE) |
| 16 | COMPANY, an Ohio corporation; STEADFAST) INSURANCE COMPANY, Delaware) |
| 17 | corporation; UNDERWRITERS AT LLOYDS,) a Kentucky corporation; UNITED SPECIALTY) |
| 18 | INSURANCE COMPANY, a Delaware) corporation; VALIANT INSURANCE) |
| 19 | COMPANY, a Delaware corporation; ZURICH) AMERICAN INSURANCE COMPANY, a New) |
| 20 | York corporation and DOES 1-10, inclusive ) ) |
| 21 | Defendants. ) ) |
| 22 | |
| 23 | / |
| 24 | / |
| 25 | / |
| 26 | / |
| 27 | / |
| 28 | |

This stipulation is entered into by and between Plaintiffs St. Paul Fire and Marine Insurance Company and St. Paul Mercury Insurance Company (collectively "St. Paul") and Defendant Financial Pacific Insurance Company ("Financial").

## **RECITALS**

1. On April 29, 2013, all parties to this action filed a Joint Pre-trial Scheduling Conference Status Report in which the parties stipulated to a May 27, 2013 due date for the Fed. R. Civ. Proc. 26(a)(1) Initial Disclosure Exchange ("Initial Disclosures"); and a June 12, 2013 due date for the exchange of documents.

2. The Pre-trial Scheduling Conference was held in chambers on May 13, 2013, at which time the Court ordered that (1) a further status conference is set for August 5, 2013; and (2) the parties must file an updated status report 14 days prior to the conference. No further dates were set by the Court.

3. Following the Pre-trial Scheduling Conference, the May 27, 2013 Initial Disclosure exchange and the June 12, 2013 documents exchange deadlines were operative dates as previously agreed by the parties in the Joint Pre-trial Scheduling Conference Status Report. Because May 27, 2013 was a federal holiday, on or about May 14, 2013 the parties agreed to extend the Initial Disclosure due date to May 28, 2013.

4. Plaintiff provided Financial with an extension of time to file its Answer.

5. On June 10, 2013, Financial filed its Answer.

6. On June 12, 2013, St. Paul served Financial St Paul's Interrogatories and Request for Production, Set One.

7. Financial's Responses to St. Paul's Interrogatories and Request for Production, Set One are due July 12, 2013.

8. St. Paul and Financial agree that Financial will be allowed an extension of time to serve its Initial Disclosures and produce its documents pursuant to Fed. R. Civ. Proc. Rule 26(a)(1).

---

**STIPULATION AND ORDER TO EXTEND TIME FOR FINANCIAL TO SERVE INITIAL DISCLOSURES AND RESPONSES TO ST. PAUL'S INTERROGATORIES AND REQUEST FOR DOCUMENTS**
3
G:\DOCS\Orders For Docketing\LKK\Stipulation and Order to Extend Time Rule 26.wpd

1    9.    St. Paul and Financial further agree that Financial will be allowed an extension of time to serve its Responses to St. Paul's Interrogatories and Production of Documents, Set One pursuant to Fed. R. Civ. Proc. Rule 33 and 34.

**IT IS HEREBY STIPULATED AND AGREED:**

10.   Financial is granted an extension of time to serve its Initial Disclosures and produce its documents, such that the due date is August 12, 2013.

11.   Financial is granted an extension of time to serve its Responses to St. Paul's Interrogatories and Request for Documents, Set One, such that the due date is August 12, 2013.

Respectfully submitted,

THE AGUILERA LAW GROUP

Date: June 24, 2013         By:            /S/

A. Erik Aguilera
Scott La Salle
Attorneys for Plaintiffs ST. PAUL FIRE AND MARINE INSURANCE COMPANY AND ST. PAUL MERCURY INSURANCE COMPANY

Date: June 24, 2013         YARON & ASSOCIATES

By:            /S/

George D. Yaron
Henry M. Su
Attorneys for Defendant FINANCIAL PACIFIC INSURANCE COMPANY

---

**STIPULATION AND ORDER TO EXTEND TIME FOR FINANCIAL TO SERVE INITIAL DISCLOSURES AND RESPONSES TO ST. PAUL'S INTERROGATORIES AND REQUEST FOR DOCUMENTS**
4
G:\DOCS\Orders For Docketing\LKK\Stipulation and Order to Extend Time Rule 26.wpd

1  **IT IS HEREBY ORDERED THAT:**

2      (1)    Financial is granted an extension of time to serve its Initial Disclosures and
3  documents, such that the due date is August 12, 2013.

4      (2)    Financial is granted an extension of time to serve its Responses to St. Paul's
5  Interrogatories and Request for Documents, Set One, such that the due date is August 12, 2013.

6  DATED: June 25, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

**STIPULATION AND ORDER TO EXTEND TIME FOR FINANCIAL TO SERVE INITIAL DISCLOSURES AND RESPONSES TO ST. PAUL'S INTERROGATORIES AND REQUEST FOR DOCUMENTS**

5

G:\DOCS\Orders For Docketing\LKK\Stipulation and Order to Extend Time Rule 26.wpd