**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera (SBN 192390)
Scott La Salle (SBN 188287)
650 Town Center Drive, Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
slasalle@aguileragroup.com

Attorneys for Plaintiffs
ST. PAUL FIRE AND MARINE INSURANCE COMPANY and ST. PAUL MERCURY INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation; and ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation<br><br>Plaintiffs,<br><br>v.<br><br>ACE AMERICAN INSURANCE, a Pennsylvania corporation; et al.,<br><br>Defendants. | Case No. 2:12-cv-03041-LKK-GGH<br><br>Judge: Hon. Lawrence Karlton<br><br>**ORDER TO DISMISS DEFENDANT CERTAIN UNDERWRITERS AT LLOYD'S LONDON**<br><br>Complaint Filed: December 18, 2012<br>Trial: Not Yet Set |

Pursuant to stipulation of Plaintiffs ST. PAUL FIRE AND MARINE INSURANCE COMPANY and ST. PAUL FIRE MERCURY INSURANCE COMPANY, and Defendant CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUCSCRIBING TO CERTIFICATE NOS. 618/A11635001/020; 618/A41635013/017; 618/A51635013/003; 618/A41635013/005; AND 618/A41635013/039 AND POLICY NOS. A3/7504/094 AND A3/7501/086, erroneously sued as UNDERWRITERS AT LLOYDS ("UNDERWRITERS") and

good cause existing therefore,

**IT IS HEREBY ORDERED** that defendant UNDERWRITERS only may be dismissed without prejudice, with each party to bear their own costs and fees.

FURTHER, IT IS HEREBY ORDERED that third parties LLOYD'S KENTUCKY, INC. and CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICIES LSP0119, LSO0171-00, LSO0171-01, LSO0171-02, LSO0171-03, AND LSO0171-04 ("NONJOINED UNDERWRITERS") are not parties to this action , are not defendants to this action, and have no obligation or expectation to respond to the complaint or appear in this matter.

Dated: July 3, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT