THE AGUILERA LAW GROUP, APLC
A. Eric Aguilera (SBN 192390)
Scott La Salle (SBN 188287)
650 Town Center Drive, Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
slasalle@aguileragroup.com

Attorneys for Plaintiffs
ST. PAUL FIRE AND MARINE INSURANCE COMPANY and ST. PAUL MERCURY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation; and ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation<br>                    Plaintiffs,<br>     v.<br><br>ACE AMERICAN INSURANCE, a Pennsylvania corporation; et al.,<br>                    Defendants. | Case No. 2:12-cv-03041-LKK-GGH<br><br>Assigned to Hon. Lawrence Karlton<br><br>**ORDER TO DISMISS DEFENDANT IRONSHORE SPECIALTY INSURANCE COMPANY AS TO PARAGRAPH 70 OF THE COMPLAINT ONLY**<br><br>Complaint Filed:   December 18, 2012<br>Trial: Not Yet Set |

Pursuant to stipulation of Plaintiffs ST. PAUL FIRE AND MARINE INSURANCE COMPANY and ST. PAUL MERCURY INSURANCE COMPANY, and Defendant IRONSHORE SPECIALTY INSURANCE COMPANY and good cause existing therefore,

///

///

///

///

///

1

1      **IT IS HEREBY ORDERED** that Defendant IRONSHORE SPECIALTY INSURANCE
2  COMPANY is dismissed with prejudice as to Paragraph 70 of the Complaint filed December 18,
3  2012, with each party to bear their own costs and fees relating to Paragraph 70 of the Complaint.

5  DATED: July 30, 2013.

                        /s/ Lawrence K. Karlton
                        LAWRENCE K. KARLTON
                        SENIOR JUDGE
                        UNITED STATES DISTRICT COURT

**ORDER TO DISMISS DEFENDANT IRONSHORE SPECIALTY INSURANCE COMPANY AS TO PARAGRAPH 70 OF THE COMPLAINT ONLY**     Case No. 2:12-cv-03041-LKK-GGH