**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera (SBN 192390)
Scott La Salle (SBN 188287)
650 Town Center Drive, Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
slasalle@aguileragroup.com

Attorneys for Plaintiffs
ST. PAUL FIRE AND MARINE INSURANCE COMPANY and ST. PAUL MERCURY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation; and ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation<br><br>Plaintiffs,<br><br>v.<br><br>ACE AMERICAN INSURANCE, a Pennsylvania corporation; et al.,<br><br>Defendants. | Case No. 2:12-cv-03041-LKK-GGH<br><br>Judge: Hon. Lawrence Karlton<br><br>**ORDER TO DISMISS CERTAIN ALLEGATIONS AGAINST DEFENDANT ZURICH AMERICAN INSURANCE COMPANY**<br><br>Complaint Filed: December 18, 2012<br>Trial: Not Yet Set |

Pursuant to stipulation of Plaintiffs ST. PAUL FIRE AND MARINE INSURANCE COMPANY and ST. PAUL FIRE MERCURY INSURANCE COMPANY, and Defendant ZURICH AMERICAN INSURANCE COMPANY ("ZURICH") and good cause existing therefore,

///

///

1
2      **IT IS HEREBY ORDERED** that ZURICH is dismissed without prejudice as
3  to Paragraphs 109 and 196 only of the Complaint filed by ST. PAUL on December
4  18, 2012, with each party to bear their own costs and fees relating to Paragraphs 109
5  and 196 of the Complaint.
6
7
8  Dated:  August 1, 2013.
9
10
11
12                                              _____
                                                LAWRENCE K. KARLTON
13                                              SENIOR JUDGE
                                                UNITED STATES DISTRICT COURT
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28