1 **THE AGUILERA LAW GROUP, APLC**
2 A. Eric Aguilera (SBN 192390)
3 Scott La Salle (SBN 188287)
  650 Town Center Drive, Suite 100
4 Costa Mesa, CA 92626
5 T: 714-384-6600 / F: 714-384-6601
  slasalle@aguileragroup.com
6
7 Attorneys for Plaintiffs
  ST. PAUL FIRE AND MARINE INSURANCE COMPANY and ST. PAUL
8 MERCURY INSURANCE COMPANY

9            UNITED STATES DISTRICT COURT
10            EASTERN DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation; and ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation<br><br>Plaintiffs,<br><br>v.<br><br>ACE AMERICAN INSURANCE, a Pennsylvania corporation; et al.,<br><br>Defendants. | Case No. 2:12-cv-03041-LKK-GGH<br><br>Judge: Hon. Lawrence Karlton<br><br>**ORDER TO DISMISS DEFENDANT ACE AMERICAN INSURANCE ONLY**<br><br>Complaint Filed: December 18, 2012<br>Trial: Not Yet Set |

Pursuant to stipulation of Plaintiffs ST. PAUL FIRE AND MARINE INSURANCE COMPANY and ST. PAUL FIRE MERCURY INSURANCE COMPANY, and Defendant ACE AMERICAN INSURANCE and good cause existing therefore,

///

///

///

1      **IT IS HEREBY ORDERED** that defendant ACE AMERICAN
2  INSURANCE only may be and is dismissed without prejudice, with each party to
3  bear their own costs and fees.

6  Dated:  August 21, 2013

```
                    _____
                    LAWRENCE K. KARLTON
                    SENIOR JUDGE
                    UNITED STATES DISTRICT COURT
```