1

**THE AGUILERA LAW GROUP, APLC**

2

A. Eric Aguilera (SBN 192390)

Scott La Salle (SBN 188287)

3

650 Town Center Drive, Suite 100

4

Costa Mesa, CA 92626

T: 714-384-6600 / F: 714-384-6601

5

slasalle@aguileragroup.com

6

Attorneys for Plaintiffs

7

ST. PAUL FIRE AND MARINE INSURANCE COMPANY and ST. PAUL MERCURY INSURANCE COMPANY

8

9

**UNITED STATES DISTRICT COURT**

10

**EASTERN DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation; and ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation | Case No. 2:12-cv-03041-LKK-GGH |
| | Judge: Hon. Lawrence Karlton |
| Plaintiffs, | **ORDER TO DISMISS CERTAIN ALLEGATIONS AGAINST DEFENDANT ARCH SPECIALTY INSURANCE COMPANY** |
| v. | |
| ACE AMERICAN INSURANCE, a Pennsylvania corporation; et al., | |
| Defendants. | Complaint Filed: December 18, 2012 Trial:  Not Yet Set |

12

13

14

15

16

17

18

19

20

21

22

23

Pursuant to stipulation of Plaintiffs ST. PAUL FIRE AND MARINE

24

INSURANCE COMPANY and ST. PAUL FIRE MERCURY INSURANCE

25

COMPANY, and Defendant ARCH SPECIALTY INSURANCE COMPANY

26

("ARCH") and good cause existing therefore,

27

///

28

///

1

1

2      **IT IS HEREBY ORDERED** that ARCH is dismissed without prejudice as to

3   paragraphs 47, 55, 81, 84, 135, 143, 168 and 171 only of the Complaint filed by ST.

4   PAUL on December 18, 2012, with each party to bear their own costs and fees

5   relating to paragraphs 47, 55, 81, 84, 135, 143, 168 and 171 of the Complaint.

6

7

8   Dated:  August 21, 2013

9

10

11

12                                            LAWRENCE K. KARLTON
                                              SENIOR JUDGE
13                                            UNITED STATES DISTRICT COURT

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO. 2:12-cv-03041-LKK-GGH
**[PROPOSED ORDER TO DISMISS CERTAIN ALLEGATIONS AGAINST ARCH**