1  **THE AGUILERA LAW GROUP, APLC**
2  A. Eric Aguilera (SBN 192390)
   Scott La Salle (SBN 188287)
3  650 Town Center Drive, Suite 100
4  Costa Mesa, CA 92626
   T: 714-384-6600 / F: 714-384-6601
5  slasalle@aguileragroup.com
6
   Attorneys for Plaintiffs
7  ST. PAUL FIRE AND MARINE INSURANCE COMPANY and ST. PAUL MERCURY INSURANCE COMPANY
8

9                    **UNITED STATES DISTRICT COURT**
10                    **EASTERN DISTRICT OF CALIFORNIA**
11

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation; and ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation<br><br>Plaintiffs,<br><br>v.<br><br>ACE AMERICAN INSURANCE, a Pennsylvania corporation; et al.,<br><br>Defendants. | Case No. 2:12-cv-03041-LKK-GGH<br><br>Judge: Hon. Lawrence Karlton<br><br>**[ORDER TO DISMISS DEFENDANT AMERICAN SAFETY INDEMNITY COMPANY ONLY**<br><br>Complaint Filed: December 18, 2012<br>Trial: Not Yet Set |

22  Pursuant to stipulation of Plaintiffs ST. PAUL FIRE AND MARINE
23  INSURANCE COMPANY and ST. PAUL FIRE MERCURY INSURANCE
24  COMPANY, and Defendant AMERICAN SAFETY INDEMNITY COMPANY and
25  good cause existing therefore,
26  ///
27  ///
28  ///

1 **IT IS HEREBY ORDERED** that defendant AMERICAN SAFETY
2 INDEMNITY COMPANY only may be and is dismissed without prejudice, with
3 each party to bear their own costs and fees.

6 Dated:  August 23, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT