**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera (SBN 192390)
Scott La Salle (SBN 188287)
650 Town Center Drive, Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
slasalle@aguileragroup.com

Attorneys for Plaintiffs
ST. PAUL FIRE AND MARINE INSURANCE COMPANY and ST. PAUL MERCURY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation; and ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation<br><br>Plaintiffs,<br><br>v.<br><br>ACE AMERICAN INSURANCE, a Pennsylvania corporation; et al.,<br><br>Defendants. | Case No. 2:12-cv-03041-LKK-GGH<br><br>Judge: Hon. Lawrence Karlton<br><br>**ORDER TO DISMISS CERTAIN ALLEGATIONS AGAINST DEFENDANT EVEREST INDEMNITY INSURANCE COMPANY**<br><br>Complaint Filed: December 18, 2012<br>Trial: Not Yet Set |

Pursuant to stipulation of Plaintiffs ST. PAUL FIRE AND MARINE INSURANCE COMPANY and ST. PAUL FIRE MERCURY INSURANCE COMPANY, and Defendant EVEREST INDEMNITY INSURANCE COMPANY ("EVEREST") and good cause existing therefore,

///

///

**IT IS HEREBY ORDERED** that EVEREST is dismissed without prejudice as to paragraphs 69, 97, 157 and 184 only of the Complaint filed by ST. PAUL on December 18, 2012, with each party to bear their own costs and fees relating to paragraphs 69, 97, 157 and 184 of the Complaint.

Dated: August 30, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT