**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation; and ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation<br><br>Plaintiffs,<br><br>v.<br><br>ACE AMERICAN INSURANCE, a Pennsylvania corporation; AIU HOLDINGS, INC., a New York corporation; AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, an Illinois corporation; AMERICAN SAFETY INSURANCE COMPANY, a Georgia corporation; AMERICAN SAFETY INDEMNITY COMPANY, an Oklahoma corporation; ARCH SPECIALTY INSURANCE CO, a Nebraska corporation; ASPEN SPECIALTY INSURANCE COMPANY, a North Dakota Corporation; AXIS SPECIALTY INSURANCE, a Connecticut corporation; BUILDERS & | Case No. 2:12-CV-03041-LKK-GGH<br><br>Judge: Hon. Lawrence Karlton<br><br>**ORDER DISMISSING DEFENDANT OLD REPUBLIC INSURANCE COMPANY WITHOUT PREJUDICE** |

| | |
|---|---|
| 1 | CONTRACTORS, INC. dba PROBUILDERS SPECIALTY INSURANCE, a District of Colombia corporation; CHARTIS SPECIALTY INSURANCE COMPANY; an Illinois corporation; CLAREMONT LIABILITY INSURANCE, a California corporation; CLARENDON AMERICA INSURANCE COMPANY, a New Jersey corporation; EVEREST INDEMNITY INSURANCE COMPANY, a Delaware corporation; FINANCIAL PACIFIC INSURANCE COMPANY, a California corporation; FIREMAN'S FUND INSURANCE COMPANY, a California corporation; FIRST SPECIALTY INSURANCE CORPORATION, a Missouri corporation; GOLDEN EAGLE INSURANCE CORPORATION, a New Hampshire corporation; GREENWHICH INSURANCE COMPANY, a Delaware corporation; IRONSHORE SPECIALTY INSURANCE COMPANY, an Arizona corporation; INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; LIBERTY MUTUAL, a Massachusetts corporation; MARYLAND CASUALTY COMPANY, a Maryland corporation; NATIONAL FIRE & MARINE INSURANCE COMPANY, a Nebraska corporation; NATIONAL UNION FIRE INSURANCE COMPANY, a Pennsylvania corporation; NAVIGATORS INSURANCE COMPANY, a New York corporation; NEW HAMPSHIRE INSURANCE COMPANY, a Pennsylvania corporation; NORTH AMERICAN CAPACITY INSURANCE COMPANY, a New Hampshire corporation; NORTHERN INSURANCE COMPANY OF NEW YORK, a New York corporation; OLD REPUBLIC INSURANCE COMPANY, a Pennsylvania corporation; SCOTTSDALE INSURANCE COMPANY, an Ohio corporation; STEADFAST |

INSURANCE COMPANY, a Delaware corporation; UNDERWRITERS AT LLOYDS, a Kentucky corporation; UNITED SPECIALTY INSURANCE COMPANY, a Delaware corporation; VALIANT INSURANCE COMPANY, a Delaware corporation; ZURICH AMERICAN INSURANCE COMPANY, a New York corporation; and DOES 1-10 inclusive,

Defendants.

## **ORDER**

Defendant Old Republic Insurance Company ("Old Republic") and Plaintiffs St. Paul Fire and Marine Insurance Company and St. Paul Mercury Insurance Company (collectively "Plaintiff") filed a joint motion to dismiss Old Republic from this action, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. The hearing was set for October 7, 2013.

Having reviewed the motion and supporting papers and evidence, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, based upon the motion papers and record provided to the Court, and good cause appearing,

IT IS HEREBY ORDERED:

(1)   The joint motion to dismiss is granted;

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

(2) The operative complaint filed by Plaintiff in this matter, and the entire action including all claims, are hereby dismissed without prejudice as to Defendant Old Republic only; and

(3) Each party is to pay their own attorneys' fees and costs.

Dated: September 26, 2013.

```
                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```

Submitted by:

**HINES CARDER, LLP**


   */s/ David M. Morrow*
David M. Morrow
Attorneys for Defendant
OLD REPUBLIC INSURANCE COMPANY