UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation; and ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation,<br><br>        Plaintiffs,<br><br>    v.<br><br>ACE AMERICAN INSURANCE, a Pennsylvania corporation, et al.,<br><br>        Defendants. | No.  CIV. S-12-3041 LKK/CKD<br><br>**ORDER** |

   A status conference was held in chambers on October 21, 2013.  After hearing, the court orders as follows:

   A further status conference is set for January 21, 2014 at 2:00 p.m.  The parties shall file updated status reports fourteen (14) days preceding the status conference.

   IT IS SO ORDERED.

   DATED: October 23, 2013.

                                    /s/ Lawrence K. Karlton
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT

1