1 **THE AGUILERA LAW GROUP, APLC**
2 A. Eric Aguilera (SBN 192390)
   Scott La Salle (SBN 188287)
3 650 Town Center Drive, Suite 100
4 Costa Mesa, CA 92626
   T: 714-384-6600 / F: 714-384-6601
5 eaguilera@aguileragroup.com
6 slasalle@aguileragroup.com

7 Attorneys for Plaintiffs
8 ST. PAUL FIRE AND MARINE INSURANCE COMPANY and ST. PAUL MERCURY INSURANCE COMPANY

9

10 **UNITED STATES DISTRICT COURT**
11 **EASTERN DISTRICT OF CALIFORNIA**
12

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation; and ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation<br><br>Plaintiffs,<br><br>v.<br><br>ACE AMERICAN INSURANCE, a Pennsylvania corporation; et al.,<br><br>Defendants. | Case No. 2:12-cv-03041-LKK-GGH<br><br>Judge: Hon. Lawrence Karlton<br><br>**JOINT STIPULATION TO DEEM EVEREST'S ANSWER TO COMPLAINT AS EVEREST'S ANSWER TO AMENDED COMPLAINT**<br><br>Complaint Filed: December 18, 2012<br>Trial:  Not Yet Set |

23 TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:
24 Plaintiffs St. Paul Fire and Marine Insurance Company and St. Paul Mercury Insurance
25 Company ("St. Paul") and Defendant Everest Indemnity Insurance Company ("Everest")
26 stipulate and agree through their duly authorized counsel as follows:
27     1.     St. Paul filed its initial complaint on December 18, 2012;
28     2.     Everest filed its answer to St. Paul's complaint on February 25, 2013;

1

CASE NO. 2:12-CV-03041-LKK-GGH
JOINT STIPULATION TO DEEM EVEREST'S ANSWER TO COMPLAINT AS EVEREST'S
ANSWER TO AMENDED COMPLAINT

3. St. Paul filed an amended complaint November 27, 2013;

4. St. Paul's allegations contained in its amended complaint as to Everest are identical and located in the same paragraphs as those allegations made against Everest in the initial complaint;

THEREFORE, the parties stipulate and agree that the answer filed by Everest on February 25, 2013 (Document 65) to St. Paul's initial complaint is deemed to be Everest's operative answer to St. Paul's amended complaint and that such answer to the amended complaint is filed as of the date of this stipulation.

Dated: December 13, 2013     **THE AGUILERA LAW GROUP, APLC**

*/s/ Scott La Salle*
A. Eric Aguilera
Scott La Salle
Attorneys for Plaintiffs ST. PAUL FIRE AND MARINE INSURANCE COMPANY and ST. PAUL MERCURY INSURANCE COMPANY

DATED:  December 13, 2013     **SELMAN BREITMAN LLP**

*/s/ Trelawney Kitchen*
LINDA WENDELL HSU
TRELAWNEY KITCHEN
Attorneys for Defendant
EVEREST INDEMNITY INSURANCE COMPANY

2

CASE NO. 2:12-CV-03041-LKK-GGH
JOINT STIPULATION TO DEEM EVEREST'S ANSWER TO COMPLAINT AS EVEREST'S ANSWER TO AMENDED COMPLAINT

## ORDER

**IT IS HEREBY ORDERED** the answer filed by Everest on February 25, 2013 (Document 65) to St. Paul's initial complaint is deemed to be Everest's operative answer to St. Paul's amended complaint and that such answer to the amended complaint is filed as of the date of this stipulation.

Dated: December 20, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3

CASE NO. 2:12-CV-03041-LKK-GGH
JOINT STIPULATION TO DEEM EVEREST'S ANSWER TO COMPLAINT AS EVEREST'S ANSWER TO AMENDED COMPLAINT