1  **THE AGUILERA LAW GROUP, APLC**
2  A. Eric Aguilera (SBN 192390)
   Scott La Salle (SBN 188287)
3  650 Town Center Drive, Suite 100
4  Costa Mesa, CA 92626
   T: 714-384-6600 / F: 714-384-6601
5  slasalle@aguileragroup.com
6
   Attorneys for Plaintiffs
7  ST. PAUL FIRE AND MARINE INSURANCE COMPANY and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
8

9                    **UNITED STATES DISTRICT COURT**
10                     **EASTERN DISTRICT OF CALIFORNIA**
11

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation; and TRAVELERS PROPERTY CAUSALTY COMPANY OF AMERICA, a Connecticut corporation<br><br>Plaintiffs,<br><br>v.<br><br>ACE AMERICAN INSURANCE, a Pennsylvania corporation; et al.,<br><br>Defendants. | Case No. 2:12-cv-03041-LKK-GGH<br><br>Judge: Hon. Lawrence Karlton<br><br>**ORDER TO DISMISS DEFENDANTS NATIONAL UNION FIRE INSURANCE COMPANY OF PENNSYLVANIA, PA AND NEW HAMPSHIRE INSURANCE COMPANY ONLY**<br><br>FAC Filed: November 27, 2013<br>Complaint Filed: December 18, 2012<br>Trial: Not Yet Set |

        Pursuant to stipulation of Plaintiffs ST. PAUL FIRE AND MARINE INSURANCE COMPANY and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, and Defendants NATIONAL UNION FIRE INSURANCE COMPANY OF PENNSYLVANIA, PA and NEW HAMPSHIRE INSURANCE COMPANY and good cause existing therefore,

**IT IS HEREBY ORDERED** that defendants NATIONAL UNION FIRE INSURANCE COMPANY OF PENNSYLVANIA, PA *and* NEW HAMPSHIRE INSURANCE COMPANY only may be and are dismissed without prejudice, with each party to bear their own costs and fees.

Dated: March 5, 2014

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT