1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11   ST. PAUL FIRE AND MARINE          No.  CIV. S-12-3041 LKK/CKD
     INSURANCE COMPANY, a
12   Minnesota corporation; and
     ST. PAUL MERCURY INSURANCE
13   COMPANY, a Minnesota             **ORDER**
     corporation,
14
                Plaintiffs,
15
          v.
16
     ACE AMERICAN INSURANCE, a
17   Pennsylvania corporation, et
     al.,
18
                Defendants.
19

20        A further status conference was held in chambers on March 3

21   2014.  After hearing, the court orders as follows:

22        The court hereby adopts plaintiffs' proposed dispositive

23   motion schedule as to defendant Arch as follows:  Plaintiffs'

24   motion to be filed by April 4, 2014; Arch's opposition and cross-

25   motion due April 25, 2014; plaintiffs' reply to Arch's response

26   and opposition to Arch's cross-motion, and any Amicus brief

27   filing by other defendants, due May 9, 2014; Arch's reply to

28   plaintiffs' opposition to cross-motion/plaintiffs' replies to

                                    1

1  amicus briefs due May 23, 2014.  Motion hearing set for June 19,

2  2014 at 10:00 a.m.

3      IT IS SO ORDERED.

4      DATED:  March 5, 2014.

5

6

7

8      _____
       LAWRENCE K. KARLTON
9      SENIOR JUDGE
       UNITED STATES DISTRICT COURT
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28