**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera (SBN 192390)
Scott La Salle (SBN 188287)
650 Town Center Drive, Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
slasalle@aguileragroup.com

Attorneys for Plaintiffs
ST. PAUL FIRE AND MARINE INSURANCE COMPANY and ST. PAUL MERCURY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation; and ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation<br><br>Plaintiffs,<br><br>v.<br><br>ACE AMERICAN INSURANCE, a Pennsylvania corporation; et al.,<br><br>Defendants. | Case No. 2:12-cv-03041-LKK-GGH<br><br>Judge: Hon. Lawrence Karlton<br><br>**ORDER TO DISMISS DEFENDANT FINANCIAL PACIFIC ONLY**<br><br>Complaint Filed: December 18, 2012<br>Trial: Not Yet Set |

Pursuant to stipulation of Plaintiffs TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA and ST. PAUL FIRE AND MARINE INSURANCE COMPANY, and Defendant FINANCIAL PACIFIC INSURANCE COMPANY and good cause existing therefore,

///

///

///

1

CASE NO. 2:12-cv-03041-LKK-GGH
[PROPOSED ORDER TO DISMISS FINANCIAL PACIFIC

1  **IT IS HEREBY ORDERED** that defendant FINANCIAL PACIFIC
2  INSURANCE COMPANY only is dismissed with prejudice, with each party to bear
3  their own costs and fees.

6  Dated: April 1, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT