**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera (SBN 192390)
Scott La Salle (SBN 188287)
650 Town Center Drive, Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
slasalle@aguileragroup.com

Attorneys for Plaintiffs
ST. PAUL FIRE AND MARINE INSURANCE COMPANY and ST. PAUL MERCURY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation; and ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation<br><br>Plaintiffs,<br><br>v.<br><br>ACE AMERICAN INSURANCE, a Pennsylvania corporation; et al.,<br><br>Defendants. | Case No. 2:12-cv-03041-LKK-GGH<br><br>Judge: Hon. Lawrence Karlton<br><br>**ORDER TO DISMISS ZURICH DEFENDANTS**<br><br>Complaint Filed: December 18, 2012<br>Trial:  Not Yet Set |

Pursuant to stipulation of Plaintiffs TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA and ST. PAUL FIRE AND MARINE INSURANCE COMPANY, and Defendants AMERICAN ZURICH INSURANCE COMPANY, ASSURANCE COMPANY OF AMERICA, MARYLAND CASUALTY COMPANY, THE NORTHERN INSURANCE COMPANY OF NEW YORK, STEADFAST INSURANCE COMPANY and ZURICH AMERICAN INSURANCE COMPANY, individually and as successor to VALIANT

INSURANCE COMPANY (collectively "ZURICH") and good cause existing therefore,

**IT IS HEREBY ORDERED** that ZURICH is dismissed with prejudice, with each party to bear their own costs and fees.

Dated:   April 9, 2014.

```
_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT
```