**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera (SBN 192390)
Scott La Salle (SBN 188287)
650 Town Center Drive, Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
slasalle@aguileragroup.com

Attorneys for Plaintiffs
ST. PAUL FIRE AND MARINE INSURANCE COMPANY and ST. PAUL MERCURY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation; and ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation<br><br>Plaintiffs,<br><br>v.<br><br>ACE AMERICAN INSURANCE, a Pennsylvania corporation; et al.,<br><br>Defendants. | Case No. 2:12-cv-03041-LKK-GGH<br><br>Judge: Hon. Lawrence Karlton<br><br>**ORDER TO DISMISS CERTAIN ALLEGATIONS AGAINST DEFENDANT LEXINGTON INSURANCE COMPANY**<br><br>Complaint Filed: December 18, 2012<br>Trial:  Not Yet Set |

Pursuant to stipulation of Plaintiffs TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA and ST. PAUL FIRE AND MARINE INSURANCE COMPANY, and Defendant LEXINGTON INSURANCE COMPANY ("LEXINGTON") and good cause existing therefore,

///

///

1

CASE NO. 2:12-cv-03041-LKK-GGH
**[PROPOSED ORDER TO DISMISS CERTAIN ALLEGATIONS AGAINST LEXINGTON**

1
2   **IT IS HEREBY ORDERED** that LEXINGTON is dismissed without
3   prejudice as to paragraphs 91, 93, 118, 125, 178, 180, 205 and 212 only of the First
4   Amended Complaint filed by TRAVELERS on November 27, 2013, with each party
5   to bear their own costs and fees relating to paragraphs 91, 93, 118, 125, 178, 180,
6   205 and 212 of the First Amended Complaint.
7
8
9   Dated: April 28, 2014.
10
11
12
13                          _____
14                          LAWRENCE K. KARLTON
                            SENIOR JUDGE
15                          UNITED STATES DISTRICT COURT
16
17
18
19
20
21
22
23
24
25
26
27
28