UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation; and ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>ACE AMERICAN INSURANCE, a Pennsylvania corporation, et al.,<br><br>    Defendants. | No.  CIV. S-12-3041 LKK/GGH<br><br>**ORDER** |

   For administrative reasons, the hearing on the cross-motions on summary judgment herein (ECF Nos. 229, 236) is CONTINUED from June 19, 2014 to June 23, 2014.  The matter will be heard at 10:00 a.m. in Courtroom 4.  All briefing deadlines are unchanged and remain as previously ordered.

   IT IS SO ORDERED.

   DATED: May 6, 2014.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1